UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JESSE MEDINA (1);<br>GEORGE ROJAS (2),<br><br>　　　　　　　　　　Defendants. | Case No.: 24-cr-1471-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　On August 2, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 9, 2024 to October 11, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 36] and sets the Motion Hearing/Trial Setting on October 11, 2024 at 1:30 p.m.

　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Time is excluded from August 9, 2024, to October 11, 2024. This time is excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 8/9/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE